IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH DiCLEMENTE, *et al.*          :
                                     :
                                     :
                        Plaintiffs,  :    3:15-cv-00596-MEM
            v.                       :
                                     :
ADAMS OUTDOOR ADVERTISING,           :
INC.                                 :
                        Defendant.   :
                                     :

## ORDER

NOW, this __7__ day of __July__, 2016, upon

consideration of Plaintiffs' "Unopposed Motion for Approval of Collective Action

Settlement" (Doc. 28), the accompanying "Settlement Agreement and Release"

("Agreement") (Doc. 28-1), and all other papers and proceedings herein, it is

hereby **ORDERED** that the settlement of this collective action is **APPROVED**

because it represents a fair and reasonable settlement of a *bona fide* dispute under

the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*  This action is

**DISMISSED WITH PREJUDICE**, although the Court will retain jurisdiction

over any disputes pertaining to the enforcement of the settlement.

Hon. Malachy E. Mannion
United States District Judge